**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International Incorporated, | No. CV-23-01166-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| OP Hotel LLC, et al., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the jurisdictional allegations for all Defendants are made on "information and belief." Specifically, the complaint alleges: "[u]pon information and belief, the members of OP Hotel are residents of Syosset, New York; Chantilly, Virginia; Olathe, Kansas; and Lenexa, Kansas", "[u]pon information and belief Nedunilam is a resident of Syosset, New York; Olathe, Kansas; or Lenexa, Kansas", and "Defendant Jane Doe Nedunilam is Defendant Nedunilam's spouse and upon information and belief, is also a resident of Syosset, New York; Olathe, Kansas; or Lenexa, Kansas." (Doc. 1 at 1-2).

While alleging jurisdiction on information and belief is permissible at the pleading stage in this circuit, the Court may require that jurisdiction be established after allowing discovery. *Carolina Cas. Ins. Co. v. Team Equip., Inc.*, 741 F.3d 1082, 1088 (9th Cir. 2014). Accordingly, the Court will require Plaintiff to take discovery and by the deadline set forth below, file a jurisdictional supplement that proves: 1) the members of the limited

1 liability company on the date the complaint was filed; 2) the citizenship of each of the
2 members of the limited liability company on the date the complaint was filed; and 3) the
3 citizenship of each of the individual defendants on the date the complaint was filed.  *See*
4 *Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006);
5 *NewGen, LLC v. Safe Cig, LLC*, 840 F.3d 606, 611 (9th Cir. 2016); *Grupo Dataflux v. Atlas*
6 *Global Group, L.P.*, 541 U.S. 567, 570-71 (2004).

Accordingly,

**IT IS ORDERED** that Plaintiff must file a jurisdictional supplement by December 22, 2023, establishing federal subject matter jurisdiction.

Dated this 17th day of July, 2023.

James A. Teilborg
Senior United States District Judge