**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International Incorporated, | No. CV-23-01166-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| OP Hotel LLC, David Nedunilam, and Jane Doe Nedunilam, | |
| Defendants. | |

The Court has reviewed Plaintiff's response to the order to show cause regarding service on Defendant David Nedunilam. (Doc. 18). The Court finds cause to have been shown and service to have been completed on Defendant David Nedunilam. Therefore,

**IT IS ORDERED** that the show cause (Doc. 17) is deemed to be satisfied.

**IT IS FURTHER ORDERED,** within 30 days of this Order, that Plaintiff must either voluntarily dismiss this case or file a renewed motion for default curing the other deficiencies identified in the Order at Doc. 17.

Dated this 11th day of July, 2024.

James A. Teilborg
Senior United States District Judge